

# Fourth Court of Appeals
## San Antonio, Texas

June 12, 2018

No. 04-18-00317-CV

Teresa M. **FAYETTE**,
Appellant

v.

Luciano **REYES** and ABC Trucking,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI04948
Honorable Michael E. Mery, Judge Presiding

# O R D E R

The reporter's record was due on June 4, 2018. *See* TEX. R. APP. P. 35.1. Four days later, court reporter Angeliz Rivera filed a notice of late record and advised this court that Appellant has not paid the fee to prepare the reporter's record.

We ORDER Appellant to provide written proof to this court within TEN DAYS of the date of this order that (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee, or (2) Appellant is entitled to appeal without paying the reporter's fee.

If Appellant fails to respond within the time provided, Appellant must file a brief with this court within THIRTY DAYS after the clerk's record is filed, and the court will only "consider and decide those issues or points [raised in Appellant's brief] that do not require a reporter's record for a decision." *See id.* R. 37.3(c).

If Appellant timely complies with this order, the reporter's record will be due FIVE DAYS after Appellant files written proof showing compliance with this order. *See id.* R. 35.3(c) (limiting an extension of time to file the record in a regular appeal to thirty days).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of June, 2018.



KEITH E. HOTTLE,
Clerk of Court